**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_Antonio T. Ballard_

                                   **COMPLAINT**
                                   (Pro Se Prisoner)

           Plaintiff(s),

                                   **Case No. _____**
    v.                              (Assigned by Clerk's
                                   Office upon filing)

                                   **Jury Demand**
                                   ☒ Yes
          Defendant(s).               ☐ No

_Lieutenant L. Dutton_

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include _only_: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. _See_ Fed. R. Civ. P. 5.2.

---

**I.    LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

    ☐  42 U.S.C. § 1983 (state, county, or municipal defendants)
    ☒  _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971) (federal defendants)
    ☐  Other (please specify) _____

## II.    PLAINTIFF(S) INFORMATION

Name:              _Antonio T. Ballard_

Prisoner ID #:     _21893-052_

Place of detention: _Federal Correctional Institution Ray Brook (RBK)_

Address:           _P.o Box 900_

                   _Ray Brook, New York 12977_

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1:   _Ditton, L_
                   Name (Last, First)

                   _Lieutenant "LT"_
                   Job Title

                   _128 Ray Brook Road_
                   Work Address

                   _Ray Brook_          _NY_          _12977_
                   City                 State         Zip Code

Defendant No. 2:   _____
                   Name (Last, First)

                   _____
                   Job Title

2

Work Address

| City | State | Zip Code |
|---|---|---|

Defendant No. 3:

Name (Last, First)

Job Title

Work Address

| City | State | Zip Code |
|---|---|---|

Defendant No. 4:

Name (Last, First)

Job Title

Work Address

| City | State | Zip Code |
|---|---|---|

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

1. On the 29th day of August 2021. Plaintiff who was A prisoner At the federal Correctional Institution of Ray Brook was discharged from "Suicide watch" Due to Being Denied protective Custody. Plaintiff was then escorted to the Lieutenant office of this prison Compound where Defendant Lieutenant L. Dutton "Lt. Dutton" Awaited. It was here Defendant & plaintiff first Met. Defendant informed plaintiff that He [plaintiff] was Being given one (1) oppertunity to relieve "protective Custody". And if plaintiff Did return Back to general population "GP" plaintiff Would Be denied protection if he requested After Returning Back to "Gp" for the remainder of Defendant shift.

2. Defendant then Enquired As to whom the inmates pressuring Plaintiff were. Demanding plaintiff provide them [Defendant] Names. Plaintiff in fear of future Consequences from other prisoner(s) in other prisons refused to Cooperate Defendant Became Annoyed With plaintiff And Stated "If you Dont Give me the Names I want, you will Be Denying Protective Custody" Plaintiff informed Defendant of His History of Past Assaults He Suffered due to His Sex offender status. Defendant Assured plaintiff He was well Aware of plaintiff Vulnarability of Being Assaulted in the past And Stated If plaintiff (Continued 3 of 3 pages Attached)

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

Did not provide the wanted names of the pnsner(s) Defendant would not help plaintiff. Plaintiff refused to provide the Name(s) And Defendant informed plaintiff He [plaintiff] would not Be Able to recieve protective Custody on the remainder of His [Defendant] Shift. plaintiff was returned Back to general population (GP)

3. Plaintiff returned to the Niagra-B unit. Plaintiff was ordered By John Doe (A Correction officer of the F.C.S RayBrook Facility Acting As the Housing officer that Day And time of the Said event) To return His [plaintiff] Personal property Back to His Assigned cell (cell 135). Moments Later Prisoner #1 (Chew) entered plaintiff Cell And stated plaintiff Could not Live on the Niagra-B Unit nor Stay on the Compound of the Ray Brook And Had to Leave Immediatly. Plaintiff Now Afraid For His Safety Attempted to Bargin With Prisoner #1. Informing Prisoner #1 that Defendant was not Allowing plaintiff to recieve protective Custody Because He [plaintiff] refused to Coopperate And give Defendant His [pnsoner #1] Name. Chew Stated He did not beLieve plaintiff(s) Claim And If John Doe Confirmed His [plaintiff] Claim, Plaintiff Could remain on the unit And Compound Safely until Monday Murning.

4. Prisoner #1 And plaintiff then Approached John Doe who was Conducting His Watch tour. Prisoner #1 in A Very Aggressive manner Informed John Doe that plaintiff Could not remain on the unit or Compound Safely And Had to Leave Immediatly, or Would Be Harmed. John Doe, Prisoner #1 & Plaintiff then walked to John Doe office. John Doe then called the Facility Lieutenant Office where He informed the Lieutenant on the other end that Plaintiff was requesting Protective Custody. John Doe Listened Very Briefly Said ok And disconnected the phone Call.

5. John Doe then Informed plaintiff he was Being Denied protective

Custody. Plaintiff then inquired As to whom John Doe spoke to. In which John Doe stated "LT. Dutton Stated he gave you An oppertunity to recieve protective Custody you Denied it then, and Now he's denying you Now" Prisoner #1 who was present for the phone call then exited the office leaving Plaintiff And John Doe Alone. Plaintiff Informed John Doe that Defendant Denied him protective Custody Because he refused to Provide Defendant the Name(s) of the Prisoner(s) pressuring Him to "Check In" Plaintiff Began pleading with John Doe to Call Defendant BAck. John Doe stated he was Not Dealing with the Bull [Expletive] And then ordered plaintiff to exit His office. Plaintiff was forced to return to His Assigned cell (cell 135)

6. Prisoner #1 reentered plaintiff Cell. Plaintiff Now in fear of His Life And Safety Informed Prisoner that He was Leaving Monday Morning. To prove to Prisoner #1 he was Leaving the next morning He [plaintiff] would not utilize A Mattress that Night. Plaintiff Also expressed that Because he provided the promissed Document(s) exposing he did not knowingly prostitute Minor(s) And was unaware of the Alleged victim(s) Ages Prisoner #1 Should Continue to Hold up his end of the Deal And Not cause Him [plaintiff] Harm nor Rob Him of His personal Belonging(s). Plaintiff Also Informed Prisoner #1 that If he did Infact Have to Leave the Compound that As Prisoner #1 Suggested to Him previously, Plaintiff was Also going to Inform the officer(s) of the other Prisoner(s) Involved with forcing Prisoner #1 to pressure Him [plaintiff] Resulting in them thereselves Being Sent to the SHU. Since All plaintiff wanted to do was Continue To fight His Criminal Case Assisting His Attorney on His Direct Appeal

7. Prisoner #1 Attempted to Agree with Plaintiff Term(s) And requested that plaintiff follow him into the next cell Located next Door (cell 134). As

plaintiff attempted to follow Prisoner #1 into the cell. Chew associate Prisoner #2 stated plaintiff could not enter his cell. Plaintiff returned back to his assigned cell. Seconds later Prisoner #1 reentered plaintiff cell. plaintiff jumping into the corner of the cell bunk bed trapping himself. Prisoner #1 then released a fury of blows with his closed fist(s). Landing combinations(s) to plaintiff head, face, and body. Plaintiff began pleading for his life and begged for Prisoner #1 not to kill him. After what seemed like forever Prisoner #1 exited plaintiff cell.

8. Immendiatly after Prisoner Assualt on plaintiff. Plaintiff approuched John Doe who was conducting another watch tour and requested that he now recieve protective custody. Plaintiff also informed John Doe Because of Defendant denial of his requested protective custody status that he [plaintiff] was subjected to being yet another victim of an Assualt due to his Sex offender status. John Doe udered the Niargra B unit to lock in

9. Plaintiff was then taken to Medical where it was documented by C.O Peck that plaintiff suffered abrasions to his right & left temple and to his left external ear.

END.

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

Failure to Protect: Defendant took no Action(s) to prevent an Assualt By fellow prisoner(s) even though the officer(s) knew of the fellow prisoner(s) intent to cause Serious physical injury to the prisoner. there was No Action taken to protect Plaintiff.

## SECOND CLAIM

Deliberate Indifference: there was deliberate indifference to Plaintiff Safety from other prisoners which resulted in Significant Injury.

## THIRD CLAIM

Cruel & unusual Punishment: Defendant Acess to plaintiff history of Assaults He Suffered in other facilities if the F.B.O.P Due to His [plaintiff] Sex offender Status exposes defendant was Aware plaintiff was Vulnerable to Attacks from other prisoners. His [Defendant] Denial of protection was a 8th Amendment violation.

## VI.   RELIEF REQUESTED

State briefly what relief you are seeking in this case.

Compensatory Damages ($35,000); Punitive Damages ($75,000); Mental Suffering ($20,000); Attorney Fees; Court Cost.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/7/2021

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

Fourth Claim

Defendant Denial of plaintiff Right to Be Safe from Harm from other prisoner(s) is A Direct Violation of B.O.P. policy 3420.11

Fith Claim

Defendant Denial of plaintiff request for protection is the Cause of plaintiff Suffering Trauma, Bruising And Soreness

Sixth Claim

Defendant Direct Access to plaintiff History of Assualts Suffered Due to His [plaintiff] Sex offender Status; Being Informed By other facility staff members plaintiff was being pressured Due to His Sex offender Status; Denial of protective Custody requested By plaintiff Due to His[plaintiff] failure to Cooperate exposes Defendant Deliberate indiffcence(s)

PS 1 of 1